105 A.3d 626

IN THE MATTER OF JOEL F. SHAPIRO, AN ATTORNEY
AT LAW (ATTORNEY NO. 023011988).

January 15, 2015.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 14–134, concluding that **JOEL F. SHAPIRO** of **BOUND BROOK,** who was admitted to the bar of this State in

1988, should be reprimanded for violating *RPC* 1.3 (lack of diligence), and *RPC* 1.4(b) (failure to communicate with the client);

And the Disciplinary Review Board having further concluded that respondent should be required to submit proof of his fitness to practice law;

And good cause appearing;

It is ORDERED that **JOEL F. SHAPIRO** is hereby reprimanded; and it is further

ORDERED that within sixty days after the filing date of this Order, respondent shall submit to the Office of Attorney Ethic proof of his fitness to practice law as attested to by a mental health professional approved by the Office of Attorney Ethics; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.